UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ABDULLAH MUHAMMED,

    Plaintiff,

v.                                    Case No. 3:25cv229-TKW-ZCB

CORPORATION SERVICE
COMPANY,

    Defendant.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 8). No objections were filed.[1]

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed for lack of subject-matter jurisdiction. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

---

[1] Plaintiff did file an "Affidavit of Fact and Claim" (Doc. 9), but that document did not address the jurisdictional problem identified by the magistrate judge or otherwise demonstrate that this Court has subject-matter jurisdiction over this case.

1

2. This case is DISMISSED without prejudice for lack of subject-matter jurisdiction.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 5th day of May, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**